**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-02589-REB-BNB

DELTA PETROLEUM CORPORATION, a Delaware corporation,

    Plaintiff

v.

TRACHYTE OIL COMPANY, a Utah corporation,
STANDARD ENERGY CORPORATION, a Utah corporation, and
DEAN ROWELL, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Joint Stipulation for Dismissal** [#39], filed May 30, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Stipulation for Dismissal** [#39], filed May 30, 2007, is **APPROVED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for March 7, 2008, is **VACATED**;

    4.  That the jury trial set to commence March 24, 2008, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated May 31, 2007, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**